**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DEMETRIUS HILL,

                *Pro Se* Plaintiff,

  - against -

UNITED STATES OF AMERICA,
NASSAU COUNTY, RICHARD P.
DONOGHUE, SARAH M. COYNE
and JOHN DOE(S) Phone &
Communications Interceptor,

                Defendants.
-------------------------------------------------------------X

**ORDER**

CV 08-1045 (JS) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

    The Court has received Plaintiff's letter dated September 22, 2009 [DE 60] asking the Court to reinstate Plaintiff's motion to compel discovery, issue a scheduling order, and set a telephone conference. The Court has also received Defendants' letter dated September 28, 2009 [DE 59] requesting that the Court schedule a telephone conference. Pursuant to the parties' request, a Telephone Conference is set for **November 3, 2009 at 11:30 a.m.** Counsel for the Federal Defendants shall initiate the call to (631) 712-5760, using an outside operator. Appropriate arrangements must be made with the prison officials. All parties must participate.

    In addition, Plaintiff notes his current address and states that he was not served with a copy of Judge Seybert's Order dated August 14, 2009 [DE 57]. Accordingly, counsel for the Federal Defendants is directed to serve a copy of this Order, as well as Judge Seybert's Order [DE 57] upon *Pro Se* Plaintiff at his current address forthwith and file proof of service on ECF.

**SO ORDERED.**

Dated: Central Islip, New York
       September 30, 2009

<u>/s/ A. Kathleen Tomlinson</u>
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge